FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23–0272

---

PLANNED PARENTHOOD OF MONTANA, et al.

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.

Defendants and Appellants.

---

On appeal from the Montana First Judicial District Court, Lewis and Clark County
Cause No. DDV 2013–407, the Honorable Christopher Abbott, Presiding

---

## GRANT OF EXTENSION
_____

Upon consideration of Defendant's motion for a 60-day extension of time, and good cause appearing therefore, Defendant is granted an extension of time to and including September 8, 2023, within which to prepare, serve, and file its Opening Brief.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 21 2023